## DURATECH INDUSTRIES INTERNATIONAL, INC.,
Plaintiff–Appellee,

v.

## BRIDGEVIEW MANUFACTURING, INC., Defendant–Appellant.

No. 2010–1078.

United States Court of Appeals, Federal Circuit.

Aug. 4, 2010.

Rehearing and Rehearing En Banc Denied Oct. 5, 2010.

Dennis L. Thomte, Thomte Patent Law Office LLC, of Omaha, Nebraska, argued for plaintiff-appellee. With him on the brief was Justin D. Eichmann, Bradford & Coenen LLC, of Omaha, Nebraska. Of counsel was Dana C. Bradford III.

Peter M. Lancaster, Dorsey & Whitney LLP, of Minneapolis, Minnesota, argued for defendant-appellant.

RADER, Chief Judge, NEWMAN and MOORE, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**